**Order entered March 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00217-CV

## IN THE INTEREST OF J.S.S., A CHILD

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55770-2020**

## ORDER

Before the Court is Collin County District Clerk Lynne Finley's request for extension of time to file the clerk's record. We **GRANT** the request and **ORDER** the record be filed no later than April 15, 2022.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE